United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4134WA

_____

United States of America,              *

                           *

        Appellee,     *    Appeal from the United States

                           *    District Court for the Western

    v.                  *    District of Arkansas.

                           *

Kenneth Ray Thomas,       *       [UNPUBLISHED]

                           *

        Appellant.    *

_____

Submitted:  April 14, 1998
Filed:  April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,[*] District Judge.

_____

PER CURIAM.

On appeal from his robbery-related convictions, Kenneth Ray Thomas contends the evidence is insufficient to support his convictions.  A review of the record shows that Thomas's claim is without merit.  We thus affirm Thomas's convictions without an extended opinion.  See 8th Cir. R. 47B.

_____

[*]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.